IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER KITZ,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-0783 |
| | : | |
| **MICHAEL D. KITZ, Sr.,** *et al.*, | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 11th day of March, 2022, upon consideration of Plaintiff Jennifer Kitz's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), Amended Motion for Judgment (ECF No. 23), and Motion to Release Documents (ECF No. 29), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. All federal law claims in Kitz's Complaint are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons in the Court's Memorandum.

4. All state law claims in Kitz's Complaint are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

5. The Amended Motion for Judgment (ECF No. 23), and Motion to Release Documents (ECF No. 29) are **DENIED** as moot.

6. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/s/ John R. Padova
**JOHN R. PADOVA,                           J.**