IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER KITZ,** | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-0600** |
| | : | |
| **MICHAEL KITZ,** *et al.*, | : | |
|    Defendants. | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| **JENNIFER KITZ,** | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-0783** |
| | : | |
| **MICHAEL D. KITZ, Sr.,** *et al.*, | : | |
|    Defendants. | : | |

## **ORDER**

AND NOW, this 19th day of May, 2022, in consideration of the Court's Order directing Jennifer Kitz to show cause why the Court should not enjoin her from filing any further papers in the above captioned Civil Actions other than notices of appeal, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that:

    1.    Jennifer Kitz is **ENJOINED** from filing any further papers in the above captioned Civil Actions, other than notices of appeal.

    2.    If Kitz submits any paper to the Clerk of Court other than a notice of appeal, the Clerk of Court is **DIRECTED** not to docket such paper. The Clerk of Court is **FURTHER**

**DIRECTED** to return any paper covered by this injunction to Kitz with a copy of this Order.[1]

The Clerk shall accept for filing a notice of appeal of this Order.

**BY THE COURT:**

/s/ John R. Padova
**JOHN R. PADOVA, J.**

---

[1] The Clerk may return groups of papers in a single return mailing along with a copy of this Order.  Papers received by email may be returned to Kitz with a copy of this Order by email to the email address Kitz has supplied.